**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEREMIAH JOHNS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1064** |
| **DONOVAN FRANCIS ET AL.** | **SECTION "N" (3)** |

**ORDER**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that Defendants' Joint Motion for Attorney Fees and Costs[2] pursuant to Fed. R. Civ. P. 54(d) and La. R.S. 51:1409(A) is **DENIED.**

New Orleans, Louisiana, this 28th day of August, 2026.

Anna St John

**ANNA ST. JOHN**
**UNITED STATES DISTRICT JUDGE**

[1] Rec. Doc. 138.
[2] Rec. Doc. 134.